```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>Jane C. Avery</u>

    v.                            Civil No. 09-cv-265-JD

<u>Robert W. Hughes</u>

<u>PROCEDURAL ORDER</u>

The plaintiff has submitted a statement that the amount of attorney's fees to which she is entitled is an issue properly determined by the court rather than the jury. (Docket No. 57).

Defendant shall file a response to plaintiff's statement on or before 4 p.m. on Friday, September 3, 2010.

SO ORDERED.

                                             /s/ Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

September 2, 2010

cc:  Laurie R. Bishop, Esquire
     Timothy A. Gudas, Esquire
     William C. Saturley, Esquire