UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Jane C. Avery

   v.        Civil No. 09-cv-265-JD

Robert W. Hughes


Procedural Order


   Jane C. Avery moved to reopen this case to enforce the
judgment entered against Robert W. Hughes in October of 2010.
The case was reopened, and a hearing was held on June 12, 2013,
to address Hughes' ability to pay the judgment.  Because the
parties were relying on a financial affidavit that Hughes
completed for another purpose in April of 2009, the issue could
not be resolved at that time.

   The court ordered Hughes to complete a financial affidavit
on the form provided, as required under RSA 524:6-a and the
Superior Court Rule providing procedures for RSA 524:6-a.  See
Fed. R. Civ. P. 69(a)(1).  The court granted Hughes leave to
supplement the affidavit form with such explanations as he deemed
appropriate and to file the affidavit within a week of the
hearing.  Hughes has filed the affidavit.

   The court notes that property listed on the 2009 affidavit
at Schedule D with a market value of $600,000 is not listed on

the 2013 affidavit.  In addition, Hughes now owes $100,000 with interest to his father.

Avery's motion relies on financial information from 2009. To address Hughes's ability to pay the judgment, it is necessary to consider his current financial situation.

## Conclusion

For the foregoing reasons, the plaintiff shall file an amended motion to enforce the judgment **on or before July 12. 2013.**  The defendant shall have **10 days** from the date the amended motion is filed to file a response.  A hearing will be scheduled to address the amended motion and the response.

The court expects the parties to continue discussing a resolution of this matter.


SO ORDERED.


_____
Joseph A. DiClerico, Jr.
United States District Judge

June 24, 2013

cc:  Laurie R. Bishop, Esquire
     Martin P. Honigberg, Esquire
     Christopher James Pyles, Esquire
     William C. Saturley, Esquire